UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
JOSEPH MARSHALL and CORA MARSHALL,       :       11-CV-5764 (ARR)(VVP)
:
               Plaintiffs,       :       NOT FOR ELECTRONIC
:       OR PRINT PUBLICATION
  -against-       :
:       ORDER
DENNIS MARC REISMAN, DANIEL GOLDBERG,       :
GIBRALTER HOME IMPROVEMENTS, INC.,       :
GIBRALTER CONSTRUCTION, INC., and VIP       :
CONSTRUCTION, INC.,       :
:
               Defendants.       :
------------------------------------------------------------------ X

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated March 25, 2013, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). I therefore grant in part and deny in part plaintiff's motion for attorney's fees and costs, and award counsel with an overall recovery of $12,855 in attorney's fees and $350 in costs.

      SO ORDERED.

                                                /s/ Judge Allyne R. Ross
                                                _____
                                                Allyne R. Ross
                                                United States District Judge

Dated:     April 12, 2013
              Brooklyn, New York